Robert "BOBBY" JAMES Swint
FULL NAME

BOBBY SWINT
COMMITTED NAME (if different) N/K NAME:

PO Box 1235
FULL ADDRESS INCLUDING NAME OF INSTITUTION

City of Clatskanie, OR
97016    97016    97016
PRISON NUMBER (if applicable)

RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ECE                        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Swint, Robert James
PLAINTIFF,

Los Angeles Police
Department v.
DEFENDANT(S).

CASE NUMBER  LACV23-05052-SVW(MAA)
_To be supplied by the Clerk_

CIVIL RIGHTS COMPLAINT
PURSUANT TO _(Check one)_

☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. **PREVIOUS LAWSUITS**

BLUEBIRD
AUTHORITY

1. Have you brought any other lawsuits in a federal court while a prisoner? ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

The L.A.P.D. and there PULL SLIP 939 your SANDRA 05
Well, SAMUEL LITTLE the 9 and old e 8sec. / wheres my printer, /office/ unit.
March 18th 1958 INTERNATIONAL PAPER AQUIRES
PRINTING UNIT UNDER THE NAME LORD
BALTIMORE PRESS. And I plan on asking some-
one to Volenteer while for me until I'M able
to do SO. I left evidence and facts in all states plus
D.C.
51/50
$14/88

CV-66 (7/97)                CIVIL RIGHTS COMPLAINT                Page 1 of 6

a. Parties to this previous lawsuit:
Plaintiff _____ ROBER HOOK _____

Defendants ___ LOS ANGELES _____

_____

b. Court ___ Higher Courts _____

_____

c. Docket or case number ___ 5 _____

d. Name of judge to whom case was assigned ___ MENT DAY _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ___ OutStand / SUN 44 _____

f. Issues raised: ___ the fact th. _____

_____

_____

g. Approximate date of filing lawsuit: ___ 6/08/23 _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure. I dont have tho

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___ Robert Swint ___
(print plaintiff's name)

who presently resides at ___ PO Box 1235 ___,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

___ City of CLatskanie _____
(institution/city where violation occurred)

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

USC 28 alone is the other Computer (server) 1621 + 1623 PER JURY, R.J. Reynolds The beneficiary FULE That since before I was born, starting just the though shit

SAMUEL B. ROBERTS

ROBERT S@MUELLER

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

PUT THE "PULL SLIP BACK"

TOUR MY ID FROM DAY 1, AND THEN FROM THE DAY I WAS BORN OR USED THE LAPD AND THERE NATIONAL ARCHIVES SERVICE TO SETTME UP AND REGAIN POWER. SORRY TO DEX AND HIS SIS, PLUS THEN A-LISTER BOGGLE GUY, JOHN C. BOGLE OF THE VANGUARD IS RELEASING NEXT WEEK AND "WWW. ANCESTRY"

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

